Gene PARSLEY, Petitioner,

v.

Honorable B. Robert STIVERS, Judge,
Laurel Circuit Court, Respondent.

Court of Appeals of Kentucky.

March 4, 1966.

KENTUCKY UTILITIES COMPANY,
Appellant,

v.

L. B. BRUNER et al., Appellees.

Court of Appeals of Kentucky.

March 4, 1966.

See also, Ky., 400 S.W.2d 202.

Gene Parsley, pro se.

DAVIS, Commissioner.

The petitioner invoked the original jurisdiction of this court seeking an order directing the respondent, as presiding judge of the Laurel Circuit Court, to furnish a record of proceedings on petitioner's motion to vacate a judgment of conviction, filed pursuant to RCr 11.42.

The record sought has been furnished. The present proceeding has become moot and is, therefore, dismissed.